# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1166
Lower Tribunal No. 20-CF-017236

_____

CORY JACOB BECKERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Bruce E. Kyle, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and MIZE, JJ., concur.

Cory Jacob Beckers, Bonifay, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED